NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SILVANO GONZALEZ-CASTRO,<br><br>Defendant. | Case No.: 2:19-cr-00130-APG-NJK<br><br>**Joint Stipulation to Continue Government's Response to Defendant's Motion to Dismiss (ECF No. 20), and Defendant's Reply**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Silvano Gonzalez-Castro, that the government's response to defendant's motion to dismiss (ECF No. 20) currently due on Friday, August 2, 2019, be vacated and continued to August 9, 2019, with defendant's corresponding reply due on August 16, 2019.

This Stipulation is entered into for the following reasons:

1. Government counsel continues to need additional time to properly respond to defendant's motion, to include researching the issues raised by the defendant.

2. Government counsel has requested a copy of records from the defendant's Immigration Court proceeding, and has not yet received these records. These records may be dispositive of the current motion.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. This is the third request for continuance of the government response to defendant's motion to dismiss.

DATED this 31st day of July, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Monique Kirtley*<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | By /s/ *Jared L. Grimmer*<br>JARED L. GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SILVANO GONZALEZ-CASTRO,

    Defendant.

Case No.:2:19-cr-000130-APG-NJK

**ORDER**

    For good cause shown, the Court GRANTS the parties' stipulation. Docket No. 27. The United States' response to Defendant's motion to dismiss shall be filed no later than August 9, 2019. Defendant's reply shall be filed no later than August 16, 2019.

    IT IS SO ORDERED.

    DATED: July 31, 2019.

                                    _____
                                    NANCY J. KOPPE
                                    UNITED STATES MAGISTRATE JUDGE