NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SILVANO GONZALEZ-CASTRO,<br><br>Defendant. | Case No.: 2:19-cr-00130-APG-NJK<br><br>**Joint Stipulation to Continue Government's Response to Defendant's Motion to Dismiss (ECF No. 20), and Defendant's Reply**<br><br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Silvano Gonzalez-Castro, that the government's response to defendant's motion to dismiss (ECF No. 20) currently due on Friday, August 9, 2019, be vacated and continued to August 21, 2019, with defendant's corresponding reply due on August 28, 2019.

This Stipulation is entered into for the following reasons:

1. Government counsel continues to need additional time to properly respond to defendant's motion, to include researching the issues raised by the defendant.

2. On August 6, 2019, government counsel received a copy of an audio recording from the defendant's Immigration Court proceeding. However, the recording is on an audio cassette tape, and the government has experienced delay in converting the recording to a format which it can review and provide to defense counsel. Government counsel has not yet been able to review this recording, which may be dispositive of the current motion.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. This is the fourth request for continuance of the government response to defendant's motion to dismiss.

DATED this 9th day of August, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Monique Kirtley*<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | By /s/ *Jared L. Grimmer*<br>JARED L. GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SILVANO GONZALEZ-CASTRO,

Defendant.

Case No.:2:19-cr-000130-APG-NJK

**ORDER**

IT IS THEREFORE ORDERED that the government's response to defendant's motion to dismiss (ECF No. 20) currently due on Friday, August 9, 2019, be vacated and continued to August 21, 2019, with defendant's corresponding reply due on August 28, 2019.

DATED this 9th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE