RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Silvano Gonzalez-Castro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SILVANO GONZALEZ-CASTRO,<br><br>Defendant. | Case No. 2:19-cr-00130-APG-NJK<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSE (ECF NOS. 31). TO MOTION TO DISMISS (ECF NO. 20)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Silvano Gonzalez-Castro, that the reply deadline to the Government's Response (ECF No. 31) to Defendant's Motion to Dismiss (ECF No. 20) currently scheduled for Wednesday, August 28, 2019, be vacated and set to Monday, September 9, 2019.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to discuss prepare a reply to the government's response to the pending Motion to Dismiss.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively prepare a reply.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the reply deadline dates filed herein.

DATED this 27th day of August 2019.

RENE L. VALLADARES
Federal Public Defender

*/s/ Monique Kirtley*
By_____
MONIQUE KIRTLEY
Assistant Federal Public Defender

NCHOLAS A. TRUTANICH
United States Attorney

*/s/ Jared Grimmer*
By_____
JARED GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SILVANO GONZALEZ-CASTRO,

    Defendant.

Case No. 2:19-cr-00130-APG-NJK

ORDER

## ORDER

IT IS THEREFORE ORDERED that defense counsel's replies to the Government's Response (ECF No. 31) to Defendant's Motion to Dismiss (ECF No. 20) currently due on Wednesday, August 28, 2019, be vacated and continued to Monday, September 9, 2019.

DATED this 9th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE